134

**Randel RIES, a minor, etc., Appellant**

v.

**Beverly Ernspiger CREWS.**

**No. 17370.**

United States Court of Appeals
Eighth Circuit.

June 11, 1963.

Morris A. Shenker, St. Louis, Mo., for appellant.

Morris E. Stokes, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court Docketed and dismissed at cost of appellant on motion of appellee.

**GENERAL MOTORS CORPORATION, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

**No. 14786.**

United States Court of Appeals
Sixth Circuit.

July 15, 1963.

Aloysius F. Power, Gen. Counsel, Harry S. Benjamin, Jr., Eugene L. Hartwig, K. Douglas Mann, Detroit, Mich., for petitioner.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., for respondent.

Joseph L. Rauh, Jr., and John Silard, Washington, D. C., Harold A. Cranefield, John A. Fillion, Detroit, Mich., amicus curiae.

Before CECIL, Chief Judge, and WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

In accordance with the mandate issued by the Supreme Court on June 3, 1963,

It Is Ordered that the order of the National Labor Relations Board be enforced.

See also 6 Cir., 303 F.2d 428.

**Robert Edward SCHELLMAN, Appellant**

v.

**UNITED STATES of America.**

**No. 17331.**

United States Court of Appeals
Eighth Circuit.

June 10, 1963.

Sorkis J. Webbe, St. Louis, Mo., for appellant.

Frederick H. Mayer, Asst. U. S. Atty., for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal granted, and appeal from Dist. Court dismissed for default and failure to prosecute appeal.